NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GLENN MARTIN MERCER,                )
                                    )
            Appellant,              )
                                    )
v.                                  )        Case No. 2D18-1925
                                    )
TRICIA GAIL MERCER,                 )
                                    )
            Appellee.               )
_____ )

Opinion filed June 26, 2019.

Appeal from the Circuit Court for
Hillsborough County; Melissa M. Polo,
Judge.

Damien McKinney of The McKinney Law
Firm, P.A., Tampa, for Appellant.

Kim A. Hamill and Frances Martinez of
Older, Lundy & Alvarez, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.



LaROSE, C.J., and SILBERMAN and VILLANTI, JJ., Concur.